David C. Brownstein (Cal. Bar No. 141929)
**Farmer Brownstein Jaeger & Goldstein LLP**
235 Montgomery Street, Suite 835
San Francisco, California 94104
Telephone: 415-962-2873
Facsimile: 415-520-5678

Local Counsel for Defendant American Express Company

Howard S. Zelbo (*pro hac vice application forthcoming*)
Roger A. Cooper (*pro hac vice application forthcoming*)
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

Attorneys for Defendant American Express Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| George J. Hannon,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>American Express Company, *et al.*,<br><br>　　　　　Defendants,<br><br>　-and-<br><br>Wells Fargo & Company,<br><br>　　　　　Nominal Defendant. | Case No. 17-cv-07236-JST<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

　　　Pursuant to Civil Local Rule 6-1, defendant American Express Company ("**Defendant**") and plaintiff George J. Hannon ("**Plaintiff**") hereby stipulate and agree with reference to the following:

　　　A.　　Plaintiff filed a complaint in this case against Defendant on December 20, 2017 (the "**Complaint**").

| | | |
|---|---|---|
| 1 | B. | The Complaint was served on Defendant on December 28, 2017. |
| 2 | C. | On January 16, 2018, Plaintiff and Defendant agreed to extend the time for Defendant to answer, move with respect to, or otherwise respond to the Complaint to February 20, 2018. |
| 5 | D. | On January 23, 2018, the Court scheduled a Case Management Conference for March 28, 2018 at 2:00 p.m. |
| 7 | E. | Plaintiff and Defendant have now agreed to further extend the deadline for Defendant to answer, move with respect to, or otherwise respond to the Complaint by an additional 30 days to March 22, 2018. |
| 10 | F. | In addition, to the extent Defendant moves to dismiss the Complaint, Plaintiff and Defendant agree to set (i) April 12, 2018 as the deadline for Plaintiff to file an opposition to Defendant's motion to dismiss and (ii) May 3, 2018 as the deadline for Defendant to file a reply in further support of Defendant's motion to dismiss. |

### Terms of Stipulation

1. The time for the Defendant to answer, move with respect to, or otherwise respond to the Complaint shall be extended through and including March 22, 2018.

2. To the extent Defendant moves to dismiss the Complaint, Plaintiff and Defendant shall comply with the following schedule: (i) April 12, 2018 as the deadline for Plaintiff to file an opposition to Defendant's motion to dismiss; and (ii) May 3, 2018 as the deadline for Defendant to file a reply in further support of Defendant's motion to dismiss.

**IT IS SO STIPULATED.**

Dated: February 16, 2018        **FARMER BROWNSTEIN JAEGER & GOLDSTEIN LLP**

                                By: /s/ David C. Brownstein
                                    David C. Brownstein
                                    Attorney for Defendant
                                    American Express Company

| | |
|---|---|
| Dated: February 16, 2018 | **BOTTINI & BOTTINI, INC.** |
| | By: /s/ Albert Y. Chang |
| | Albert Y. Chang |

Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

**THE SHUMAN LAW FIRM**
Kip B. Shuman (SBN 145842)
1 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
Email: kip@shumanlawfirm.com

Attorney for Plaintiff

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David C. Brownstein, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

/s/ David C. Brownstein
David C. Brownstein
Attorney for Defendant
American Express Company

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 22, 2018

The Honorable Jon S. Tigar
United States District Judge

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

3    Case No. 17-cv-07236-JST