Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:     (212) 558-3555
Facsimile:     (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-6985
Facsimile:     (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center
San Francisco, California 94111
Telephone:     (415) 471-3170
Facsimile:     (415) 471-3400

*Counsel for Nominal Defendant
Wells Fargo & Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE J. HANNON, derivatively on behalf of WELLS FARGO & COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. LOUGHLIN, *et al.*,<br><br>Defendants,<br><br>- and -<br><br>WELLS FARGO & COMPANY,<br><br>Nominal Defendant. | **Case No.: 3:17-cv-07236-JST**<br>**Related Case No.: 3:16-cv-05541-JST**<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING FILING OF ANSWERS OR MOTIONS IN RESPONSE TO THE COMPLAINT PENDING RESOLUTION OF MOTION TO CONSOLIDATE**<br><br>The Honorable Jon S. Tigar |

WHEREAS, Plaintiff filed the Verified Shareholder Derivative Complaint ("Complaint") on December 20, 2017.

WHEREAS, Lead Plaintiffs in *In re Wells Fargo & Company Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-05541-JST, moved to consolidate that action with the instant action on February 14, 2018 (the "motion to consolidate").

WHEREAS, the parties have conferred and agreed that the filing of answers or motions in response to the Complaint shall be deferred until after the motion to consolidate has been resolved and that, provided answers or motions in response to the Complaint are still necessary following the resolution of the motion to consolidate, the below schedule shall be in effect:

- Answers or motions in response to the Complaint shall be filed no later than 30 days after the motion to consolidate is resolved.
- Oppositions to any motions shall be due 30 days thereafter.
- Any replies shall be due 28 days after the deadline for filing oppositions.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Defendants, each through their counsel, that the deadline for filing answers or motions in response to the Complaint shall be deferred until 30 days after the motion to consolidate is resolved (provided that they are still necessary following the resolution of the motion to consolidate), that any oppositions shall be filed no later than 30 days thereafter, and that any replies shall be filed no later than 28 days after the deadline for filing oppositions. Should any of the foregoing deadlines fall on a Saturday, Sunday, or legal holiday, such deadline shall be automatically extended to the next business day.

Dated: March 2, 2018  BOTTINI & BOTTINI, INC.

By:     */s/* Francis A. Bottini, Jr.

Francis A. Bottini, Jr. (175783)
*fbottini@bottinilaw.com*
Albert Y. Chang (296065)
*achang@bottinilaw.com*
Yury A. Kolesnikov (271173)
*ykolesnikov@bottinilaw.com*
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

Kip Brian Shuman (145842)
*Kip@shumanlawfirm.com*
THE SHUMAN LAW FIRM
1 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (303) 861-3003
Facsimile: (303) 536-7849

*Attorneys for Plaintiff George J. Hannon*

SULLIVAN & CROMWELL LLP

By: _____/s/ Brendan P. Cullen_____

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Suite 10
San Francisco, California 94111
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

*Counsel for Nominal Defendant
Wells Fargo & Company*

| | |
|---|---|
| 1 | GOODWIN PROCTER LLP |
| 2 | |
| 3 | By:     */s/* Grant P. Fondo |
| 4 | Richard M. Strassberg (*pro hac vice*)<br>(rstrassberg@goodwinlaw.com)<br>GOODWIN PROCTER LLP |
| 5 | 620 8th Avenue<br>New York, NY 10018 |
| 6 | Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333 |
| 7 | Grant P. Fondo |
| 8 | (gfondo@goodwinlaw.com)<br>GOODWIN PROCTER LLP |
| 9 | 135 Commonwealth Drive<br>Menlo Park, CA 94025 |
| 10 | Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038 |
| 11 | |
| 12 | *Attorneys for Defendant John G. Stumpf* |
| 13 | CLARENCE DYER & COHEN LLP |
| 14 | By:     */s/* Josh A. Cohen |
| 15 | Nanci L. Clarence |
| 16 | (nclarence@clarencedyer.com)<br>Josh A. Cohen |
| 17 | (jcohen@clarencedyer.com)<br>CLARENCE DYER & COHEN LLP |
| 18 | 899 Ellis Street<br>San Francisco, CA 94109 |
| 19 | Telephone: (415) 749-1800<br>Facsimile: (415) 749-1694 |
| 20 | *Attorneys for Defendant Timothy J. Sloan* |
| 21 | RAMSEY & EHRLICH LLP |
| 22 | By:     */s/* Ismail Ramsey |
| 23 | Miles Ehrlich |
| 24 | (miles@ramsey-ehrlich.com)<br>Ismail Ramsey |
| 25 | (izzy@ramsey-ehrlich.com)<br>RAMSEY & EHRLICH LLP |
| 26 | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 27 | Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060 |
| 28 | *Attorneys for Defendant John R. Shrewsberry* |

WILLIAMS & CONNOLLY LLP

By:     */s/* Enu A. Mainigi

Enu A. Mainigi (admitted *pro hac vice*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*


SHEARMAN & STERLING LLP

By:     */s/* Jaculin Aaron

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*


ARGUEDAS, CASSMAN & HEADLEY, LLP

By:     */s/* Ted W. Cassman

Cristina C. Arguedas
(arguedas@achlaw.com)
Ted W. Cassman
(cassman@achlaw.com)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Defendant Michael J. Loughlin*

FARMER BROWNSTEIN JAEGER LLP

By: _____/s/ David C. Brownstein_____

David C. Brownstein
(dbrownstein@fbj-law.com)
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery St., Suite 835
San Francisco, CA 94104
Telephone: (415) 962-2873
Facsimile: (415) 520-5678

Roger A. Cooper (*pro hac vice application forthcoming*)
Howard S. Zelbo (*pro hac vice application forthcoming*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza, New York NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999

*Attorneys for Defendant American Express Company*

-5-

STIPULATION AND P~~ROPOSED~~ ORDER

## **ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: March 5, 2018

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

SULLIVAN & CROMWELL LLP